# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Weisen, | Case No. 20-CV-01967 (JNE/ECW) |
| Plaintiff, | |
| v. | **AMENDED PRETRIAL SCHEDULING ORDER** |
| Northern Tier Retail LLC d/b/a Speedway, | |
| Defendant. | |

This case is before the Court on the Fourth Stipulated Motion to Modify the Pretrial Scheduling Order (Dkt. 26).  Having considered the Stipulation and for good cause shown, **IT IS  ORDERED** that the Fourth Stipulated Motion (Dkt. 26) is **GRANTED** and the Pretrial Scheduling Order (Dkt. 10), as amended by Docket Entries 17, 22, and 25, shall be modified as follows:

## DEADLINE FOR FACT DISCOVERY

1. The deadline for the parties to conduct fact-witness depositions is extended to **October 1, 2021.**

## DEADLINES FOR EXPERT DISCOVERY

Disclosures of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), and production of the written report prepared and signed by the expert witness, must be made as follows:

1. Each side may take one deposition per expert.

2. Disclosure of the identifies of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) (accompanied by the written report prepared and signed by the expert witness) and the full disclosures required by Rule 26(a)(2)(C), shall be made as follows:

      a)    Initial identities and disclosures by Plaintiff on or before **November 1, 2021.**

      b)    Initial identities and disclosures by Defendant on or before **November 15, 2021**

3.    Expert discovery, including depositions, shall be completed by **November 30, 2021.**

## NON-DISPOSITIVE MOTION DEADLINES

1.    Except as otherwise specifically set forth in this section, all non-dispositive motions and supporting documents, including those that relate to fact discovery, shall be filed and served on or before **October 15, 2021.**

2.    All non-dispositive motions and support documents that relate to expert discovery shall be filed and served on or before **December 15, 2021.**

## DISPOSITIVE MOTIONS

All dispositive motions and supporting documents (notice of motion, motion, memorandum of law, affidavits, and proposed order) shall be filed and served on or before **February 1, 2022.**

## TRIAL

This case will be ready for a **jury** trial on or about **June 6, 2022.** The anticipated length of trial is **2-3** days.

All other deadlines and provisions of the Pretrial Scheduling Order, Pretrial Scheduling Order (Dkt. 10), as amended by Docket Entries 17, 22, and 25, shall remain in effect.

Dated: August 4, 2021                    *s/Elizabeth Cowan Wright*
                                            ELIZABETH COWAN WRIGHT
                                            United States Magistrate Judge