# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jeffrey Weisen,

   Plaintiff,

vs.

Northern Tier Retail LLC d/b/a Speedway,

   Defendant.

Civil File No.:  20-cv-01967 (JNE/ECW)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

  **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Jeffrey Weisen and Defendant Northern Tier Retail LLC d/b/a Speedway, that Plaintiff's claims and Complaint against Defendant may be, and hereby are dismissed on the merits with prejudice, without costs, disbursements or attorneys' fees to either party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

  It is further stipulated and agreed that an appropriate Order for Judgment with Prejudice may be entered by the Court.

*-SIGNATURE PAGE FOLLOWS-*

2

**STIPULATED TO:**

Dated:  June 22, 2022

_s/ Patrick W. Michenfelder_                      _s/ Daniel R. Olson_
Patrick W. Michenfelder (#242007X)       Daniel R. Olson (#389235)
Chad A. Throndset (#0261191)               Jessica L. Kometz (#399303)
THRONDSET MICHENFELDER, LLC      BASSFORD REMELE, P.A.,
One Central Avenue West, Suite 101        100 South 5th Street, Suite 1500
St. Michael, MN 55376                            Minneapolis, MN 55402-1254
Telephone: (763) 515-6100                       Telephone: (612) 333-3000
pat@throndsetlaw.com                             dolson@bassford.com
chad@throndsetlaw.com                           jkometz@bassford.com

**Attorneys for Plaintiff**                          **Attorneys for Defendant**

4865-3309-9553, v. 1

2