## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Weisen, | Civil File No.: 20-cv-01967 (JNE/ECW) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| Northern Tier Retail LLC d/b/a Speedway, | |
| Defendant. | |

This matter came before this Court pursuant to a Stipulation of Dismissal with Prejudice between Plaintiff Jeffrey Weisen and Defendant Northern Tier Retail, LLC d/b/a Speedway, through their respective undersigned counsel.

**IT IS HEREBY ORDERED** that all claims of Plaintiff Jeffrey Weisen against Defendant Northern Tier Retail d/b/a Speedway, are dismissed, with prejudice, without costs, disbursements or attorneys' fees to either party.

**BY THE COURT**

Date:

_____
Honorable Joan N. Ericksen
United States District Judge

4871-5628-1377, v. 1